19 F.3d 12
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Antonio SUTTON; Jerome W. Murray, Plaintiffs Appellants,
Simone N. DULA; Troy A. Tatum, Plaintiffs,
v.
FIRST HOSPITAL CORPORATION OF PORTSMOUTH, t/a Pines
Residential Treatment Center, t/a Portsmouth
Psychiatric Center, Defendant Appellee,
and
Ronald DOZORETZ, individually and in his capacity as
President and Chief Executive Officer of First Hospital
Corporation of Portsmouth; Edward C. Irby, individually and
in his capacity as Executive Director of First Hospital
Corporation of Portsmouth, Defendants.
 No. 93-1852.
 United States Court of Appeals, Fourth Circuit.
 Submitted Feb. 21, 1994
Decided March 7, 1994
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. J. Calvitt Clarke, Jr., Senior District Judge. (CA-92-534)
 Antonio Sutton, Jerome W. Murray, Appellants Pro Se.
 Warren David Harless, John Tracy Walker, IV, Christian, Barton, Epps, Brent & Chappell, Richmond, VA, for Appellee.
 E.D.Va.
 AFFIRMED.
 Before PHILLIPS and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellants appeal from the district court's orders granting summary judgment to Appellee and awarding attorney's fees to Appellee. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Sutton v. First Hospital Corporation, No. CA-92-534 (E.D. Va. Apr. 2, 1993; June 11, 1993). We deny Appellee's motion to dismiss the appeal of the summary judgment order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED